FENNEMORE CRAIG, P.C.
Shannon S. Pierce, NV Bar No. 12471
Wade Beavers, NV Bar No. 13451
300 E. Second Street, Suite 1510
Reno, Nevada 89501
Telephone: (775) 788-2200
Facsimile: (775) 786-5000
Email: spierce@fclaw.com

Attorneys for Defendant
Caesars Entertainment Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE GARCIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00061-GMN-CWH<br><br>**STIPULATED REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** |

Pursuant to ECF No. 8 (Order Scheduling Early Neutral Evaluation), Plaintiff George Garcia, by and through his counsel of record, and Defendant Caesars Entertainment Corporation, by and through its counsel of record, respectfully request that the Court continue the Early Neutral Evaluation session ("ENE") currently scheduled for March 20, 2019. Good cause exists to continue the ENE, as lead counsel for Plaintiff, Mr. Michael Balaban, is unavailable on March 20, 2019 due to a previously scheduled ENE in a different case.

The parties and their respective counsel of record are available on any and all of the following alternate dates:

　　　a. May 28, 2019;

　　　b. May 29, 2019;

      c. June 3, 2019;

      d. June 4, 2019; and

      e. June 5, 2019.

Therefore, the parties respectfully request that the ENE be continued to one of the dates set forth above (or another date, after the above-referenced dates, on which the Court is available).

DATED: March 6, 2019      LAW OFFICES OF MICHAEL P. BALABAN

By:  /s/ 
     Michael P. Balaban

Attorneys for Plaintiff
George Garcia

DATED: March 6, 2019      FENNEMORE CRAIG, P.C

By:  /s/ Shannon S. Pierce 
     Shannon S. Pierce

Attorneys for Defendant
Caesars Entertainment Corporation

IT IS HEREBY ORDERED that the ENE session scheduled for March 20, 2019, is VACATED and RESCHEDULED to June 5, 2019, at 10:00 AM.

The confidential statement is due by 4:00 PM, May 29, 2019. All else as stated in the Order (ECF NO. 8) scheduling the ENE remains unchanged.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 7, 2019