```
Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE GARCIA,<br><br>           Plaintiff,<br><br>vs.<br><br>DESERT PALACE, LLC dba Caesars Palace, a Nevada Limited Liability Company; 3535 LV NEWCO, LLC dba LINQ, a Delaware Limited Liability Company; PARBALL NEWCO, LLC dba Bally's Las Vegas, a Delaware Limited Liability Company<br><br>           Defendants. | CASE NO. 2:19-cv-00061-GMN-DJA<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MUST FILE THEIR REPLY<br><br>[LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendants' motion for summary judgment filed on November 4, 2019, for which the response is currently due on November 25, 2019, will be continued until December 10, 2019.  In light of this continuance, the parties further STIPULATE AND AGREE that Defendants' reply in support of their motion

for summary judgment will be filed by December 20, 2019.

      Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in, including an opening appellate brief in another case due on November 29, 2019.  Plaintiff's counsel is also going out of town for the Thanksgiving weekend.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | FENNEMORE CRAIG, P.C. |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff | /s/ Shannon S. Pierce<br>Shannon S. Pierce, Esq.<br>300 East Second Street,<br>Suite 1510<br>Reno, NV  89501<br>Attorney for Defendant |
| Dated: November 22, 2019 | Dated: November 22, 2019 |

**IT IS SO ORDERED.**
Dated this 22 day of November, 2019

 

_____
Gloria M. Navarro, District Judge
United States District Court