Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> DESERT PALACE, LLC dba Caesars Palace, a Nevada Limited Liability Company; 3535 LV NEWCO, LLC dba LINQ, a Delaware Limited Liability Company; PARBALL NEWCO, LLC dba Bally's Las Vegas, a Delaware Limited Liability Company <br><br> Defendants. | CASE NO. 2:19-cv-00061-GMN-DJA <br><br> STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MUST FILE THEIR REPLY <br><br> [LR 7-1; LR IA 6-2] <br><br> (Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendants' motion for summary judgment filed on November 4, 2019, for which the response is currently due on December 10, 2019, will be continued until December 19, 2019.  In light of this continuance, the parties further STIPULATE AND AGREE that Defendants' reply in support of their motion

1

for summary judgment will be filed by January 10, 2020.

      Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in and the fact Plaintiff's counsel was out of town for the Thanksgiving weekend and had to catch up on his work load. One previous continuance or extension has been requested and granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment and the reply thereto.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | FENNEMORE CRAIG, P.C. |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Attorney for Plaintiff<br><br>Dated: December 9, 2019 | /s/ Shannon S. Pierce<br>Shannon S. Pierce, Esq.<br>300 East Second Street, Suite 1510<br>Reno, NV 89501<br>Attorney for Defendant<br><br>Dated: December 9, 2019 |

**IT IS SO ORDERED.**
Dated this 10 day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT