1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
   (702) 388-4469 Tel.
4  (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

7                  **UNITED STATES DISTRICT COURT**

8                       **DISTRICT OF NEVADA**

9

10  GEORGE GARCIA,                         Case No. 2:19-cv-00061-GMN-DJA

11           Plaintiff,

12      vs.                                **SUBSTITUTION OF ATTORNEY**

13  DESERT PALACE, LLC dba Caesars Palace, a
    Nevada Limited Liability Company; 3535 LV
14  NEWCO, LLC dba LINQ, a Delaware Limited
    Liability Company; PARBALL NEWCO, LLC dba
15  Bally's Las Vegas, a Delaware Limited Liability
    Company,
16
             Defendants.
17

18      Plaintiff, GEORGE GARCIA, does hereby substitutes TREVOR J. HATFIELD, ESQ., of the

19  law firm Hatfield & Associates, Ltd, as his attorney of record, in the place and stead of MICHAEL P.

20  BALABAN, ESQ.

21  DATED this 26 day of January, 2020

22                                          _____
                                            GEORGE GARCIA
23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1

I, TREVOR J. HATFIELD, ESQ., of the law firm of HATFIELD & ASSOCIATES, LTD. do hereby agree to be substituted in the place of MICHAEL P. BALABAN, ESQ., as attorney of record for the above-entitled Plaintiff, GEORGE GARCIA.

DATED this 27 day of January, 2020.

HATFIELD & ASSOCIATES, LTD.

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
thatfield@hatfieldlawassociates.com

I, MICHAEL P. BALABAN, ESQ., do hereby consent to the substitution of TREVOR J. HATFIELD, ESQ. as attorney of record for the above-entitled Plaintiff, GEORGE GARCIA, in my place and stead.

DATED this 30TH day of January, 2020

LAW OFFICES OF MICHAEL P. BALABAN

By: _____
Michael P. Balaban, Esq. (SBN 9370)
10726 Del Rudini Street
Las Vegas, NV 89141
Tel. (702) 586-2964
mbalaban@balaban-law.com

**IT IS SO ORDERED.**

DATED: February 3, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 30th day of January, 2020, I electronically filed the foregoing **SUBSTITUTION OF ATTORNEY** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED:   January 30, 2020

_____/s/ Freda P. Brazier_____
An Employee of Hatfield & Associates, Ltd.