FENNEMORE CRAIG, P.C.
Shannon S. Pierce (Bar No. 12471)
Wade Beavers (Bar No. 13451)
300 East Second Street, Suite 1510
Reno, NV 89501
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fclaw.com, wbeavers@fclaw.com

*Attorneys for Defendants*
*Desert Palace, LLC dba Caesars Palace,*
*3535 LV Newco, LLC dba The LINQ,*
*Parball Newco, LLC dba Bally's Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE GARCIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DESERT PALACE, LLC dba Caesars Palace, a Nevada Limited Liability Company; 3535 LV NEWCO, LLC dba LINQ, a Delaware Limited Liability Company; PARBALL NEWCO, LLC dba Bally's Las Vegas, a Delaware Limited Liability Company,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00061-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff George Garcia and Defendants Desert Palace, LLC dba Caesars Palace, 3535 LV Newco, LLC dba The LINQ, and Parball Newco, LLC dba Bally's Las Vegas (by and through their respective counsel of record), that the above-entitled matter be dismissed with prejudice, with each party to bear its or his own

//

//

//

//

1

attorneys' fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: This 21 day of May, 2020 | Dated: This 21 day of May, 2020 |
| HATFIELD & ASSOCIATES LTD | FENNEMORE CRAIG, P.C. |
| By: */s/ Trevor J. Hatfield* <br> Trevor Hatfield, Esq. <br> 703 S. 8th Street <br> Las Vegas, NV 89101 <br> Telephone: (702) 388-4469 | By: */s/ Shannon S. Pierce* <br> Shannon S. Pierce (NV Bar No. 12471) <br> Wade Beavers (NV Bar No. 13451) <br> 300 E. 2nd Street, Suite 1510 <br> Reno, NV 89501 <br> Telephone: (775) 788-2260 |
| *Attorneys for Plaintiff George Garcia* | *Attorneys for Defendants Desert Palace, LLC, 3535 LV Newco, LLC, and Parball Newco, LLC* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 21 day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court